# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2014

## NO. 03-11-00102-CV

**Sierra Club, Appellant**

**v.**

**Texas Commission on Environmental Quality and Waste Control Specialists, Appellees**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the district court on January 18, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. We therefore order that the motion for rehearing filed by appellant, Sierra Club is denied; that the opinion and judgment dated April 4, 2014, are withdrawn; and that the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.